# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-11080-ELF

TROY D. SCOTT
LYNETTE F. SCOTT
1110 BRINTON PLACE ROAD
T 51
WEST CHESTER, PA 19380

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

   TROY D. SCOTT
   LYNETTE F. SCOTT
   1110 BRINTON PLACE ROAD
   T 51
   WEST CHESTER, PA 19380

Counsel for debtor(s), by electronic notice only.

   GARY E THOMPSON
   150 E SWEDESFORD RD
   1ST FLOOR
   WAYNE, PA 19087-

Date: 9/21/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee