United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-11080-elf
Troy D. Scott                                                       Chapter 13
Lynette F. Scott
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore           Page 1 of 2           Date Rcvd: Oct 24, 2018
                              Form ID: pdf900           Total Noticed: 19
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db/jdb         +Troy D. Scott,    Lynette F. Scott,    1110 Brinton Place Road,    T 51,
                 West Chester, PA 19380-4242
cr             +Brinton Woods Homeowners Association,     c/o Marcus & Hoffman, P.C.,    326 West State Street,
                 Media, PA 19063-2616
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
13677113       +Brinton Woods,    1225 Alma Road, Stre 100,    Richardson, TX 75081-2297
13716255       +Brinton Woods Homeowners Association,     c/o Robert J. Hoffman, Esquire,
                 Marcus & Hoffman, P.C.,    326 West State Street,    Media, PA 19063-2616
13708840      #+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
13677118       +West Goshen Township,    Sewere & Refuse,    1025 Paoli Pike,    West Chester, PA 19380-4641
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 25 2018 02:34:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 02:34:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2018 02:34:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13706644        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 02:36:58
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13677114       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 02:36:57     Capital One/HSBC,
                 POB 30285,    Salt Lake City, UT 84130-0285
13677115       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:34:02     Ditech Financial,    POB 6172,
                 Rapid City, SD 57709-6172
13758789        E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:34:02     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13677116        E-mail/Text: cio.bncmail@irs.gov Oct 25 2018 02:34:00     IRS,    Philadelphia, PA 19255
13677117       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 25 2018 02:34:02      PECO Energy,    POB 8699,
                 Philadelphia, PA 19101-8699
13711969       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 25 2018 02:34:02      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13740566       +Fax: 866-311-5818 Oct 25 2018 02:41:27     Systems & Services Technologies, Inc.,
                 4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Oct 24, 2018
                              Form ID: pdf900          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          GARY E. THOMPSON   on behalf of Debtor Troy D. Scott get24esq@aol.com
          GARY E. THOMPSON   on behalf of Joint Debtor Lynette F. Scott get24esq@aol.com
          ROBERT J. HOFFMAN   on behalf of Creditor   Brinton Woods Homeowners Association
           collections@marcushoffman.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY D. SCOTT  
LYNETTE F. SCOTT

Chapter 13

Debtor

Bankruptcy No. 16-11080-ELF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 24, 2018**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
GARY E THOMPSON  
150 E SWEDESFORD RD  
1ST FLOOR  
WAYNE, PA 19087-

Debtor:  
TROY D. SCOTT  
LYNETTE F. SCOTT  
1110 BRINTON PLACE ROAD  
T 51  
WEST CHESTER, PA 19380